```
LAWRENCE G. BROWN
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PAUL GONZALEZ CALVO,<br>JESSE LEAL MARTINEZ, SR., and<br>ARMANDO ALONSO LASARO,<br><br>　　　　　　Defendants. | CASE NO. 1:09-CR-202 AWI<br><br>STIPULATION AND ORDER FOR<br>EXTENSION OF TIME TO FILE<br>RESPONSE AND REPLY AND TO SET A<br>NEW HEARING DATE |

　　　IT IS HEREBY STIPULATED by and between Lawrence G. Brown, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Robert Wilkinson, Dale Blickenstaff, and John Garland, attorneys for defendant, stipulate and request that the due date of November 2, 2009 for the government's response to defendant's motion to dismiss be extended to December 7, 2009, and that the defendants' reply be extended to December 14, 2009.  The hearing on said motions is scheduled for November 9, 2009, and the parties stipulate and request that the hearing be set for December 18, 2009 at 9:00 a.m.

　　　The parties agree that time should continue to be excluded through decision on the pending motions.

1

```
Dated: October 28, 2009            Respectfully submitted,

                                   LAWRENCE G. BROWN
                                   United States Attorney


                                By   /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
                                   Assistant U.S. Attorney

Dated: October 28, 2009              /s/ Robert Wilkinson
                                   ROBERT WILKINSON
                                   Attorney for Paul Calvo

Dated: October 28, 2009              /s/ John F. Garland
                                   JOHN F. GARLAND
                                   Attorney for Jesse Martinez

Dated: October 28, 2009              /s/ Dale Blickenstaff
                                   DALE BLICKENSTAFF
                                   Attorney for Armando Lasaro
```

ORDER

IT IS SO ORDERED.

**Dated:   October 28, 2009**                **/s/ Anthony W. Ishii**
                                   CHIEF UNITED STATES DISTRICT JUDGE