```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, CA   93721
    Telephone: (559) 497-4000
 5
 6
 7
 8                   UNITED STATES DISTRICT COURT
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA    ) Case No. 1:09-cr-00202 AWI
                                )
12             Plaintiff,       ) STIPULATION AND
                                ) ORDER FOR EXTENSION OF TIME
13        v.                    ) FOR GOVERNMENT TO FILE RESPONSE
                                ) TO DEFENDANT'S MOTION TO
14  PAUL CALVO, et al,          ) DISMISS AND CONTINUANCE OF
                                ) HEARING THEREON
15                              )
               Defendant.       )
16  _____)
```

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Robert Wilkinson, John F. Garland, and Dale Blickenstaff, attorneys for defendants, that the due date for the government's response to defendant's motion to dismiss be extended to December 21, 2009, that the defendant's reply be extended to December 31, 2009, and that the hearing be continued from December 18, 2009 to January 8, 2010 at 9:00 a.m.

Counsel for all parties have discussed the matter and defendants' attorneys have no objection to the request.

```
Dated: December 11, 2009              Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney


                                By    /s/ Kimberly A. Sanchez
                                      KIMBERLY A. SANCHEZ
                                      Assistant U.S. Attorney

Dated: December 11, 2009               /s/ Robert Wilkinson
                                      ROBERT WILKINSON
                                      Attorney for Paul Calvo

Dated: December 11, 2009               /s/John F. Garland
                                      JOHN F. GARLAND
                                      Attorney for Jesse Martinez

Dated: December 11, 2009               /s/Dale Blickenstaff
                                      DALE BLICKENSTAFF
                                      Attorney for Armando Lazaro
```

**ORDER**

IT IS SO ORDERED.

**Dated:   December 14, 2009**             **/s/ Anthony W. Ishii**
                                  CHIEF UNITED STATES DISTRICT JUDGE