Case 1:09-cr-00202-AWI   Document 55   Filed 12/31/2009   Page 1 of 2

Robert D. Wilkinson
Kelda T. Brennan

**BAKER MANOCK & JENSEN, PC**
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

#267149

FILED
JAN 5 2010
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

Attorneys for   Defendant PAUL GONZALEZ CALVO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>PAUL GONZALEZ CALVO,<br>JESSE LEAL MARTINEZ, SR., and<br>ARMANDO LAZARO,<br><br>              Defendants. | Case No. 1:09-CR-00202 AWI<br><br>**APPLICATION AND [PROPOSED] ORDER TO SEAL DECLARATIONS OF ROBERT D. WILKINSON AND JESSE LEAL MARTINEZ IN SUPPORT OF DEFENDANT PAUL GONZALEZ CALVO'S REPLY TO THE GOVERNMENT'S OPPOSITION TO THE MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT**<br><br>DATE:       January 8, 2010<br>TIME:       9:00 a.m.<br>COURTROOM: Two<br>JUDGE:     Hon. Anthony W. Ishii |

**APPLICATION**

I, Robert D. Wilkinson, declare as follows:

    1.    I am counsel for Defendant PAUL GONZALEZ CALVO in the above-referenced matter and make this declaration in support of this Application to Seal Declarations of Robert D. Wilkinson and Jesse Leal Martinez in Support of Defendant Paul Gonzalez Calvo's Reply to the Government's Opposition to Motion to Dismiss for Outrageous Government Conduct. If called to testify, I would and could competently testify as set forth below.

    2.    I make this application to seal my declaration and Mr. Martinez' declaration in support of my client's reply to the Government's opposition to the motion for outrageous

government conduct on the following grounds: (1) That the disclosure of the discovery materials attached to my declaration may violate Mr. CALVO'S due process right to a fair trial; and, (2) that Mr. Martinez' declaration may publically identify the government's Confidential Informant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 31, 2009.

/s/ Robert D. Wilkinson
Robert D. Wilkinson

### [PROPOSED] ORDER SEALING DECLARATIONS OF ROBERT D. WILKINSON AND JESSE LEAL MARTINEZ IN SUPPORT OF DEFENDANT PAUL GONZALEZ CALVO'S REPLY TO THE GOVERNMENT'S OPPOSITION TO MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT

Good cause having been shown, the Court hereby orders that the Declarations of Robert D. Wilkinson and Jesse Leal Martinez in Support of Defendant Paul Gonzalez Calvo's Reply to the Government's Opposition to Motion to Dismiss for Outrageous Government Conduct, lodged herewith, shall be filed under seal until further order of the Court. The declarations may be served upon and disclosed to the parties and their counsel in this matter.

DATED: 1-4-10

Anthony W. Ishii
Chief U.S. District Judge

@PFDesktop\::ODMA/MHODMA/DMS;DMS;790696;1
10924.0027

2

APP & [PROPOSED] ORDER TO SEAL DECLS. OF WILKINSON AND MARTINEZ, SR. IN SUPPORT OF DEFT. PAUL GONZALEZ CALVO'S REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO DISMISS