1    **DALE A. BLICKENSTAFF - #40681**
     Attorney at Law
2    2350 West Shaw Avenue, Suite 132
     Fresno, California  93711
3    (559) 432-0986 Telephone
     (559) 432-4871 Facsimile
4

5

6    Attorney for Defendant, ARMANDO LAZARO

7

8                      **UNITED STATES DISTRICT COURT**
                       **EASTERN DISTRICT OF CALIFORNIA**
9

10   UNITED STATES OF AMERICA,        )    **Case No. 1:09-cr-00202 AWI**
                                      )
11                  Plaintiff,        )    **STIPULATION   RE   MOTION   TO**
                                      )    **DISMISS   FOR   OUTRAGEOUS**
12   v.                               )    **GOVERNMENT CONDUCT**
                                      )
13   ARMANDO LAZARO,                  )    **Date  :      February 17, 2010**
                                      )    **Time  :      9:00 a.m.**
14                  Defendant.        )    **Dept  :      Hon. Anthony W. Ishi**
                                      )
15   _____ )

16        It is hereby stipulated by and between Benjamin Wagner, U. S. Attorney and Kimberly

17   Sanchez, Assistant U. S. Attorney and Robert Wilkinson, John F. Garland and Dale Blickenstaff,

18   attorneys for Defendants, that the time and date set for the evidentiary hearing in this matter currently

19   on calendar for February 17, 2010, at 9:00 a.m., be continued to February 24, 2010, at 9:00 a.m.

20        All other dates in this matter are to remain as ordered.

21   Dated: January 29, 2010              /s/ *Dale A. Blickenstaff*_____
                                          DALE A. BLICKENSTAFF, Attorney for Defendant,
22                                        ARMANDO LAZARO

23

24   Dated: January 29, 2010              /s/ *Kimberly Sanchez*_____
                                          KIMBERLY SANCHEZ
25                                        ASSISTANT UNITED STATES ATTORNEY

26

27   Dated: January 29, 2010              /s/ *Robert Wilkinson*_____
                                          ROBERT WILKINSON, Attorney for Defendant,
28                                        PAUL GONZALEZ CALVO

1

2   Dated: January 29, 2010                 _/s/ John F. Garland_____
                                            JOHN F. GARLAND, Attorney for Defendant,
3                                           JESSE LEAL MARTINEZ, SR.

4

5                             **ORDER**

6        **THE PARTIES HAVING STIPULATED,**

7

8   IT IS SO ORDERED.

9   **Dated:    February 1, 2010              _____/s/ Anthony W. Ishii_____**
                                            CHIEF UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28