**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile


Attorney for Defendant, ARMANDO LAZARO

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ARMANDO LAZARO,<br><br>        Defendant.<br>_____ | Case No. 1:09-cr-00202 AWI<br><br>STIPULATION RE MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT<br><br>Date : February 17, 2010<br>Time : 9:00 a.m.<br>Dept : Hon. Anthony W. Ishi |

It is hereby stipulated by and between Benjamin Wagner, U. S. Attorney and Kimberly Sanchez, Assistant U. S. Attorney and Robert Wilkinson, John F. Garland and Dale Blickenstaff, attorneys for Defendants, that the time and date set for the evidentiary hearing in this matter currently on calendar for February 17, 2010, at 9:00 a.m., be continued to February 24, 2010, at 9:00 a.m.

All other dates in this matter are to remain as ordered.

Dated: January 29, 2010        /s/ *Dale A. Blickenstaff*
                               DALE A. BLICKENSTAFF, Attorney for Defendant, ARMANDO LAZARO


Dated: January 29, 2010        */s/ Kimberly Sanchez*
                               KIMBERLY SANCHEZ
                               ASSISTANT UNITED STATES ATTORNEY


Dated: January 29, 2010        */s/ Robert Wilkinson*
                               ROBERT WILKINSON, Attorney for Defendant, PAUL GONZALEZ CALVO

| | |
|---|---|
| Dated: January 29, 2010 | */s/ John F. Garland* <br> JOHN F. GARLAND, Attorney for Defendant, <br> JESSE LEAL MARTINEZ, SR. |

**ORDER**

**THE PARTIES HAVING STIPULATED,**

IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   February 1, 2010** | **/s/ Anthony W. Ishii** <br> CHIEF UNITED STATES DISTRICT JUDGE |