FILED

FEB 24 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

1:09cv202 AWI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>v.<br>PAUL CALVO,<br>JESSE LEAL MARTINEZ, and<br>ARMANDO LAZARO,<br>               Defendants. | [~~Proposed~~] Order on the Government's Motion for Protective Order |

The United States having applied to this Court for a protective order, and good cause appearing thereof,

IT IS SO ORDERED, that pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, any documents personally provided to the defendants have the confidential informant's name or any other identifying information redacted therefrom.

DATED: February 25, 2010

HONORABLE ANTHONY W. ISHII
U.S. District Court Judge

1