1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  (559)497-4000
   Attorneys for the Plaintiff
5  United States of America

6                         IN THE UNITED STATES DISTRICT COURT

7                           EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,                    CASE NO. 1:09-CR-00202-DAD-BAM

9                 Plaintiff,                     STIPULATION AND ORDER
                                                 TO CONTINUE DISPOSITIONAL HEARING
10           v.

11 JESSE LEAL MARTINEZ, SR.,

12                Defendant.

13

14      IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and

15 Kimberly A. Sanchez, Assistant U.S. Attorney and John Garland, attorney for the defendant, that the

16 dispositional hearing on the defendant's supervised release violation set for February 13, 2017 at 10:00 am

17 before the Honorable Dale A. Drozd, be continued to February 20, 2017 at 10:00 a.m. The reason for the

18 request is the parties had reached an agreement to recommend the defendant be sentenced to a split sentence

19 of 5 months in custody and 5 months in the RRC. This week, probation received information from the

20 facility at which he would be placed that they would not accept him. As such, the parties need additional

21 time to explore alternatives.

22      Dated: February 8, 2017                      Respectfully submitted,
                                                     PHILLIP A. TALBERT
23                                                   United States Attorney

24                                            By     /s/ Kimberly A. Sanchez
25                                                   KIMBERLY A. SANCHEZ
                                                     Assistant U.S. Attorney

26

27      Dated: February 8, 2017                      /s/ John Garland
                                                     JOHN GARLAND
28                                                   Attorney for Defendant

                                                 1

**ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the dispositional hearing on the defendant's supervised release violation in this case.  Good cause appearing, the dispositional hearing as to the above named defendant currently scheduled for February 13, 2017, is continued until **February 22, 2017, at 10:00 a.m.** in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **February 8, 2017**

UNITED STATES DISTRICT JUDGE